IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01404-WJM-KLM

MYELOTEC, INC., a Georgia corporation,

    Plaintiff,

v.

BIOVISION TECHNOLOGIES, LLC, a Colorado corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Unopposed Motion to Amend Scheduling Order** [#20][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#20] is **GRANTED**. The Scheduling Order in a Patent Case entered on September 6, 2013 [#19] is amended to modified the following deadline:

- Deadline for Patentee's Prior Art Statement    **November 10, 2013**

    Dated: October 29, 2013

---

[1] "[#20]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.